**Order entered April 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01033-CV

### CHRISTOPHER BRUNING, Appellant

### V.

### KYLE LANE HOLLOWELL, GUY JOSEPH YORK, AND YORK & YORK, INC., Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09326-D**

## ORDER

Before the Court is appellant's motion for extension of time to file a motion for rehearing. We **GRANT** the motion. Appellant's time to file a motion for rehearing is extended to April 22, 2015.

/s/     CRAIG STODDART
        JUSTICE